# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA THOMPSON, et al., <br><br>  Plaintiffs, <br> vs. <br><br> CHASE BANK N.A., et al., <br><br>  Defendants. | CASE NO. 09CV2143 DMS (POR) <br><br> **ORDER DENYING MOTION TO DISMISS AS MOOT** |

Presently before the Court is a motion to dismiss and motion to strike filed by Defendant Chase Bank USA, N.A. (Doc. 5) Instead of opposing, Plaintiffs have filed a First Amended Complaint. A party is entitled to amend pleadings once "as a matter of course" at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a); *see Shaver v. Operating Eng'rs Local 428 Pension Trust Fund*, 332 F.3d 1198, 1201 (9th Cir. 2003) (motion to dismiss is not a responsive pleading). Because Plaintiffs' amended pleading supersedes the original complaint, the original is no longer operative. *Bullen v. De Bretteville*, 239 F.2d 824, 833 (9th Cir. 1956). Defendant's motion is therefore denied as moot.

**IT IS SO ORDERED.**

DATED: January 6, 2010

_____
HON. DANA M. SABRAW
United States District Judge

- 1 -

09cv2143