# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA THOMPSON, et al., | CASE NO. 09CV2143 DMS (POR) |
| Plaintiffs, | **ORDER RE: ORAL ARGUMENT** |
| vs. | |
| CHASE BANK N.A., et al., | |
| Defendants. | |

Pending before the Court is Defendant Chase Bank's motion to dismiss Plaintiffs' First Amended Complaint. The motion is currently scheduled for hearing on Friday, February 12, 2010. The matter is suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: February 8, 2010

_____
HON. DANA M. SABRAW
United States District Judge