# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| PATRICIA THOMPSON, et al., | CASE NO. 09CV2143 DMS (POR) |
|---|---|
| Plaintiffs, vs. | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| CHASE BANK N.A., et al., | |
| Defendants. | |

The parties have filed a joint motion to dismiss the above-captioned action. The motion is granted. The matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: July 7, 2010

_____
HON. DANA M. SABRAW
United States District Judge